| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Wingate, Henry T | 2. Court or Organization U.S.D.C. (Miss. Southern) | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 245 East Capitol St., Ste 109 Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Grinnell College, Grinnell, Iowa; Member of Board of Trustees as of May, 2000 |
| 2. | Board Member | Florida Coastal School of Law, Jacksonville, Florida, Member of Board of Governors as of December 2001; NOTE: RESIGNED JANUARY 17, 2003 |
| 3. | Executive Committee Member | Yale Law School Executive Alumni Board, New Haven, CT; Committee Member as of September 2000 |
| 4. | Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE  2004 MAY 17 P 12: 49  RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Clinton High School, Clinton, MS |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Grinnell College | January 19-21: Grinnell, Iowa; Participant in Dr. Martin Luther King, Jr. Day Program (transportation, lodging and meals) |
| 2. | Grinnell College | February 20-22: Meeting of Board of Trustees of Grinnell College held in Phoenix, Arizona (some meals provided) |
| 3. | Grinnell College | October 23-25: Grinnell, Iowa; Meeting of Board of Trustees (lodging and meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trustmark National Bank | Note, ███████ Jackson, MS (Part VII, lines 33 and 34) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/Savings/IRA) | B | Interest | K | T | | | | | ~ |
| 2. Prudential Life Ins. | A | Interest | L | U | | | | | |
| 3. PaineWebber (Boston Finan. Qual. Housing Tax Credits) | none | None | J | W | | | | | |
| 4. Money Market Mut. Fund (IRA) | A | Interest | J | U | | | | | |
| 5. U.S. Treas. Strips | none | Interest | K | T | | | | | |
| 6. Franklin/Temple Mut. (IRA) | none | Dividend | K | T | | | | | |
| 7. Agere Systems, Inc. Class A | none | Dividend | J | T | | | | | |
| 8. Agere Systems, Inc. Class B | none | Dividend | J | T | | | | | |
| 9. AT&T Corp. Wireless Group | none | Dividend | J | T | | | | | |
| 10. Avaya, Inc. | none | Dividend | J | T | | | | | |
| 11. Coca Cola Company | A | Dividend | J | T | | | | | |
| 12. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 13. General Electric Company | A | Dividend | J | T | | | | | |
| 14. Lucent Technologies, Inc. | none | Dividend | J | T | | | | | |
| 15. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 16. Saks, Inc. | none | Dividend | J | T | | | | | |
| 17. Walt Disney Company | A | Dividend | J | T | | | | | |
| 18. Fidelity Adv. Mut. Fund | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Franklin Temple Mut. Fund | A | Dividend | J | | | | | | |
| 20. Fundamental Inv. Mut. Fund | A | Dividend | J | T | | | | | |
| 21. Growth Fund of America | none | Dividend | K | T | | | | | |
| 22. Nasdaq 100 Trust Unit Series 1 | A | Dividend | J | T | | | | | |
| 23. Credit Int. Program | A | Interest | J | U | | | | | |
| 24. Lincoln Nat'l Legacy Ann. | none | Interest | K | T | | | | | |
| 25. Oppenheimer Quest Mut. Fund | none | Dividend | K | T | | | | | |
| 26. Performance Large Cap Equity Mut. Fund | A | Dividend | K | T | | | | | |
| 27. Performance Mid-Cap Growth Fund | none | Dividend | K | T | | | | | |
| 28. REAL ESTATE: | | | - | | | | | | |
| 29. Parcel 1, Jackson, Hinds County, MS | none | None | K | W | | | | | |
| 30. Parcel 2, Jackson, Hinds County, MS | C | Rent | K | Q | | | | | |
| 31. Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 32. Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 33. Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 34. Parcel 7, Jackson, Hinds County, MS | C | Rent | L | Q | | | | | |
| 35. Parcel 8, Jackson, Hinds County, MS | D | Rent | K | V | | | | | |
| 36. Parcel 9, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign                                                        Date **May 10, 2004**

NO_____LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544